# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01244-STV

LINDA KOGAN,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board,
THE REGENTS OF THE UNIVERSITY OF
COLORADO, a body corporate,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW, Plaintiff Linda Kogan ("Plaintiff") and Defendant University of Colorado, through its Board of Regents ("Defendant") (collectively, "the Parties"), by and through their respective counsel, hereby submit this Stipulation of Dismissal with Prejudice.

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.

2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.

3. Each party will bear their own costs and attorney fees.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

**DATED:** March 3, 2022.

Respectfully submitted:

| | |
|---|---|
| *s/ Chet W. Kern* | *s/ Erica Weston* |
| Chet W. Kern | Erica Weston |
| Katz & Kern, LLP | Deputy University Counsel |
| 44 Cook Street | Special Assistant Attorney General |
| Denver, CO 80206 | University of Colorado |
| 303-398-7000 | Office of University Counsel |
| ckern@katzandkernllp.com | 1800 Grant Street, Suite 700 |
| *Attorney for Plaintiff* | Denver, CO 80203 |
| | 303-860-5691 |
| | Erica.Weston@cu.edu |
| | *Attorney for Defendant University of Colorado* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Chet W. Kern
Katz & Kern, LLP
44 Cook Street
Denver, CO 80206
ckern@katzandkernllp.com

Thomas Patrick Brennan
Vigorito Barker Patterson Nichols & Porter LLP-Garden City
300 Garden City Plaza, Suite 308
Garden City, NY 11530
tpbrennan@gmail.com
*Attorneys for Plaintiff*

                                            *s/ Elisha Hernandez*
                                            Elisha Hernandez, Legal Assistant